IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LEONEL FRANCO,**

    Plaintiff,

 v.                                                                                                                                     No. 13-cv-0858 SMV

**CAROLYN W. COLVIN,**
Acting Comm'r of SSA,

    Defendant.

## ORDER TO SHOW CAUSE

    THIS MATTER is before the Court sua sponte. Acting pro se, Plaintiff filed this action on September 10, 2013, appealing the final decision of the Social Security Administration, which denied his claim for benefits. [Doc. 1]. The Court set a briefing schedule, and Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion") was due by February 3, 2014. [Doc. 18]. To date, Plaintiff has neither filed a Motion nor requested an extension of time to do so.

    **IT IS THEREFORE ORDERED** that Plaintiff show cause within 21 days why his case should not be dismissed without prejudice for failure to prosecute his claims.

    **IT IS SO ORDERED**.

                                                                                           **STEPHAN M. VIDMAR**
                                                                                          **United States Magistrate Judge**
                                                                                          **Presiding by Consent**