IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEONEL FRANCO,

    Plaintiff,

v.                                                                       No. 13-cv-0858 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse or Remand [Doc. 21] in an order entered concurrently herewith, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**